IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FOREST OAKS - SECTION II )
)
v. ) NO. 3-13-0158
) JUDGE CAMPBELL
QBE INSURANCE CORP. )

ORDER

Pending before the Court is Defendant's Motion to Dismiss Plaintiff's claim for common law bad faith (Docket No. 14). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and Plaintiff's claim for common law bad faith is DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE