UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

|  |  |
|---|---|
| FOREST OAKS - SECTION II ) | |
| ) | |
| v. ) | No. 3:13-cv-0158 |
| ) | JUDGE CAMPBELL |
| QBE INSURANCE CORPORATION ) | |
| ) | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/23/2013.

KEITH THROCKMORTON, CLERK
s/Dalaina Thompson, Deputy Clerk